**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES R. KNOWLTON and
KATHERINE D. KNOWLTON**                                                                 **PLAINTIFFS**

VS.                              CASE NO.: 4:09CV00461 BSM

**DAVID H. ARRINGTON OIL AND GAS, INC.**                                     **DEFENDANT**

**ORDER**

Defendant David H. Arrington Oil and Gas, Inc. ("Arrington") moves to compel plaintiffs James R. Knowlton and Katherine D. Knowlton ("the Knowltons") to answer an interrogatory seeking identification of all bank draft transactions that the Knowltons intend to use at trial to support their position that Arrington has paid bank drafts with similar title problems (Doc. No. 40). Arrington also seeks to compel the Knowltons to identify all title or title insurance documents that they intend to use at trial. The Knowltons have responded (Doc. No. 42). Arrington's requests are granted, and the Knowltons are directed to identify all of these documents by August 2, 2010.

Finally, Arrington seeks to extend the discovery deadline to thirty days after the Knowltons make the requested identifications. Arrington's request is denied, and the discovery deadline is instead extended to August 16, 2010. Dispositive motions are now due August 23, 2010, pretrial disclosure sheets are due August 27, 2010, and objections to those pretrial disclosure sheets are due September 7, 2010.

IT IS SO ORDERED THIS 16th day of July, 2010.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE